# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSSIE PET MOBILE, INC., | Case No. CV 08-5666 DSF (SHx) |
| Plaintiff, | Hon. Dale S. Fischer |
| v. | |
| CHARLES MAYER, KRISTEN MAYER, and KC MAYER ENTERPRISES, LLC, an Ohio limited liability company, | **PRELIMINARY INJUNCTION** |
| Defendants. | |

TO CHARLES MAYER, KRISTEN MAYER, and KC MAYER ENTERPRISES, LLC, an Ohio limited liability company:

On September 5, 2008, the application of Plaintiff Aussie Pet Mobile, Inc. ("APMI") for a preliminary injunction enjoining Defendants Charles Mayer, Kristen Mayer, and KC Mayer Enterprises, LLC from *inter alia* filing suit or seeking any relief against Plaintiff APMI or APMI's Franchisor-Related Persons/Entities (as defined in the Franchise Agreement between the parties)[1] in Ohio, or in any court other than in the Central District of California, came on regularly for hearing.

Appearing for Plaintiff was attorney Rex T. Reeves of MulcahyReeves LLP. Appearing for Defendants was attorney David C. Baker of Hart, King & Coldren LLP.

Having considered all of the arguments (written and oral) and evidence before it, the Court made certain Findings of Fact and Conclusions of Law, which are set forth in the Minute Order attached hereto as Exhibit A.

---

[1] APMI's "Franchisor-Related Persons/Entities" are defined in the Franchise Agreement (at § 2) as, and shall include for purposes of this Order and Preliminary Injunction, "Aussie Pet Mobile, Inc., Aussie Pet Mobile International, Inc, each Aussie Pet Mobile marketing and/or advertising fund, each Franchisee Advisory Council ("FAC"), Franchisee Marketing Group ("FMG"), (and their members), and each and all of the following, whether past, current and/or future: Each and all company(ies) and/or person(s) acting through, in concert, affiliated and/or associated in any way with, any of the foregoing, each and all of the partners, shareholders, officers, directors, agents, attorneys, accountants, and/or employees of any of the foregoing (including but not limited to Ian W. Moses and/or Vivienne McIntosh), as well as each and all of the successors and/or assigns of any of the foregoing."

In accordance with the Court's Findings of Fact and Conclusions of Law, THE COURT HEREBY ORDERS that you (*i.e.*, Charles Mayer, Kristen Mayer, and KC Mayer Enterprises, LLC, and each of you), your agents, servants, employees, partners, assigns and all those acting under, in concert with, or for you or them, ARE HEREBY RESTRAINED AND ENJOINED:

    **1.** From filing or pursuing any action against APMI or APMI's Franchisor-Related Persons/Entities in the courts of the State of Ohio; and

    **2.** From seeking any relief as against APMI or APMI's Franchisor-Related Persons/Entities, or filing or pursuing any action against them, in any court other than in the Central District of California.

IT IS FURTHER ORDERED that the undertaking in the amount of $1,500.00 previously filed by Plaintiff in this action is appropriate and that it shall be maintained pending the conclusion of this action.

IT IS SO ORDERED.

Date: 9/9/08

*Dale S. Fischer*
Hon. Dale S. Fischer
United States District Court Judge

Submitted by:
Rex T. Reeves
MulcahyReeves LLP
Attorneys for Plaintiff
Aussie Pet Mobile, Inc.